**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.C.R. A/K/A | : | No. 2 EAL 2019 |
| M.R., A MINOR | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: V.Y.R., MOTHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.